UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11655 MCS (AS) | | Date | May 19, 2026 |
|---|---|---|---|---|
| Title | Hector Gutierrez v. City of Inglewood, et al. | | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 5, 2025, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 against multiple defendants. (Dkt. No. 1). On April 7, 2026, the Court determined the Complaint failed to comply with Fed. R. Civ. P. 8 and dismissed the Complaint with leave to amend. (Dkt. No. 8 ("April Order")). The April Order required Plaintiff to "file a First Amended Complaint within thirty (30) days, which cures the pleading defects discussed" in the April Order. (April Order at 9). The April Order also "explicitly cautioned" Plaintiff that "failure to timely file a First Amended Complaint, or failure to correct the deficiencies described herein, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order." (April Order at 10).

Although well over thirty days has elapsed since the April Order was filed, Plaintiff has failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, by no later than May 26, 2026**, why this action should not be dismissed with prejudice for failure to prosecute and/or failure to comply with a court order. This Order will be discharged upon the filing of a First Amended Complaint that complies with the April Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders. **IT IS SO ORDERED**.

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11655 MCS (AS) | Date | May 19, 2026 |
|---|---|---|---|
| Title | Hector Gutierrez v. City of Inglewood, et al. | | |